UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

In Re: )
 )
Utility Craft, Inc., ) Case No. B-06-10816 C-7G
 )
 Debtor. )

## ORDER FOR UNCLAIMED MONIES

It appearing that a dividend and/or other monies have remained unclaimed in the above estate for longer than ninety (90) days after the final dividend was declared and distributed; that these funds should now be paid into the Court; and for good cause shown,

IT IS ORDERED that the bank on which these checks are drawn immediately stop payment on the checks described hereinbelow (Account No. 4428911816) and that the bank acknowledge stop payment by signing an Acknowledgment of Stop Payment Request and returning it to this Court at the address shown on the Acknowledgment within seven (7) days from this date or by providing electronic records to the Trustee to acknowledge the stop payment request; and

IT IS FURTHER ORDERED that Everett B. Saslow, Jr., Trustee in the above-named case, reissue the distribution to Carol Lewis and re-send it to her to the address below, which such creditor advises is her correct address:

| Check No. | Claim No. | Claimant | Address | Amount of Unclaimed Funds |
|---|---|---|---|---|
| 1122 | 434 | Carol Lewis | 612 Silver Shore Drive<br>Pensacola, FL 32507 | $1,093.00 |

IT IS FURTHER ORDERED that Everett B. Saslow, Jr., Trustee in the above-named case, pay to the Clerk, U.S. Bankruptcy Court, the total amount of the unclaimed monies described hereinbelow within ten (10) days from this date together with an additional supplemental report itemizing disbursement for these unclaimed funds.

| Check No. | Claim No. | Claimant | Address | Amount of Unclaimed Funds |
|---|---|---|---|---|
| 1026 | 399 | Karla G. Rodgers | 606 Florham Drive<br>High Point, NC 27262 | $ 191.74 |

| | | | | |
|---|---|---|---|---|
| 1067 | 202 | Jim Frain | 50 Samson Drive<br>Flemington, NJ 08822 | $ 978.00 |
| 1078 | 233 | Sanjay Saha | 1718 Sugar Run Trail<br>Bellbrook, OH 45305 | $2,200.00 |
| 1176 | 652 | Sandra Spina | 10 Vickie's Place<br>Millington, NJ 07946 | $ 300.00 |
| 1209 | 748 | Kathleen Okeefe Hodges | 606 Laconia Woods Place<br>Cary, NC 27519 | $ 515.00 |
| 1220 | 805 | Julie Greiner | 401 Cedarlane Court<br>Chesapeake, VA 23322 | $ 585.00 |
| | | | Total | $4,769.74 |

Michael D. West
U.S. Bankruptcy Administrator
Post Office Box 1828
Greensboro, NC 27402

Everett B. Saslow, Jr., Trustee
Post Office Box 989
Greensboro, NC 27402

Karla G. Rodgers
606 Florham Drive
High Point, NC 27262

Jim Frain
50 Samson Drive
Flemington, NJ 08822

Sanjay Saha
1718 Sugar Run Trail
Bellbrook, OH 45305

Carol Lewis
612 Silver Shore Drive
Pensacola, FL 32507

Sandra Spina
10 Vickie's Place
Millington, NJ 07946

Kathleen Okeefe Hodges
606 Laconia Woods Place
Cary, NC 27519

Julie Greiner
401 Cedarlane Court
Chesapeake, VA 23322